**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Veider Rodriguez-Rivera

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-07-428 LKK | |
| ) | | |
| Plaintiff ) | STIPULATION AND ORDER CONTINUING | |
| ) | STATUS | |
| v. ) | | |
| ) | Date: November 24, 2009 | |
| VEIDER RODRIGUEZ-RIVERA, ) | Time: 9:15 AM | |
| ) | Court: LKK | |
| ) | | |
| Defendant ) | | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Tuesday, October 20, 2009 at 9:15 AM for status conference may be rescheduled for November 24, 2009 at 9:15 AM for status conference/change of plea.

This matter involves extensive discovery and a multitude of recorded conversations which must be reviewed. The parties continue to work toward resolution, which has not yet been reached.

IT IS STIPULATED between the plaintiff, United States of

-1-

America, and the Defendant, by and through their counsel, that the status conference be continued to November 24, 2009 at 9:15 AM.

It is further stipulated that time from the date of this stipulation through November 24, 2009 shall be excluded from the time when trial must be commenced under the Speedy Trial Act because the case is so unusual or complex within the meaning of the Speedy Trial Act, and for defense preparation. The parties stipulate that these are appropriate exclusions within the meaning of Title 18, U.S. Code Section 3161 (h) (8) (B) (ii) and (iv), and Local Codes T2 and T4.

```
DATED October 16, 2009          Respectfully submitted,

                                LAWRENCE G. BROWN
                                Acting U.S. Attorney

                                By: /S/CAROLYN DELANEY
                                    Carolyn Delaney
                                    Assistant U.S. Attorney


Dated: October 16, 2009           /S/ MICHAEL B. BIGELOW
                                  Michael B. Bigelow
                                  Attorney for Defendant
                                  Veider Rodriguez-Rivera
```

1
2                                    **ORDER**
3       Based on the stipulation of the parties and good cause
4  appearing, the Court adopts the above stipulation in its
5  entirety as its order. The Court further finds for the reasons
6  given that failure to allow this continuance would deny counsel
7  time for effective preparation and that the ends of justice
8  outweigh the interest of the public and defendants in a speed
9  trial.
10
11
12 October 19, 2009
13
14                                 _____
                                   LAWRENCE K. KARLTON
15                                 SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
16
17
18
19
20
21
22
23
24
25

-3-